IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MLS ELECTROSYSTEM LLC, a Delaware Limited Liability Company, ) ) ) | Civil Action No. 09-0532 |
| Plaintiff, ) ) ) | Lancaster, C.J. |
| vs. ) ) | |
| MECHANICAL LINKAGE SOLUTIONS, S.L., d/b/a MLS EUROSYSTEM S.L., MLS S.L., and/or MLS INTELLIGENT CONTROL DYNAMICS S.L., a Spanish corporation, ) ) ) ) ) | |
| Defendant. ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff MLS Electrosystem LLC and Defendant Mechanical Linkage Solutions, S.L., by and through their undersigned counsel of record and in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate and agree:

(1)   that all claims and counterclaims asserted or which could have been asserted herein by the Plaintiff against the Defendant, and all claims and counterclaims asserted or which could have been asserted herein by the Defendant against the Plaintiff, shall be and hereby are dismissed with prejudice; and

(2)   that each party shall bear its or his own fees, costs, and expenses.

Respectfully submitted, this 26th day of January, 2010.

/s/ Michael J. Hennessy

Michael J. Hennessy, Esquire
Goldblum Sablowsky, LLC
285 East Waterfront Drive, Suite 160
Homestead, PA 15120

Counsel for Defendant

/s/ Brian P. Anderson
James R. Kyper, Esquire
Joseph Leibowicz, Esquire
Brian P. Anderson, Esquire
K&L Gates LLP
535 Smithfield Street
Pittsburgh, PA  15222

Counsel for Plaintiff

SO ORDERED

_____
Lancaster, C.J.

DATED: 1-27-10